**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Family Pharmacy, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1175595** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **4101 N. State Hwy. NN** <br> **Ozark, MO 65721** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Christian** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.thefamilyrx.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Family Pharmacy, Inc.** _____    Case number (_if known_) _____
　　　　Name

**7.** **Describe debtor's business**    A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. _Check all that apply_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__4461__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    _Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | | |
|---|---|---|
| Debtor  **See Attachment** _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor   **Family Pharmacy, Inc.**                                                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in**      *Check all that apply:*
**this district?**

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**    ☑ **No**
**have possession of any**
**real property or personal**    ☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.   Insurance agency   _____

          Contact name       _____

          Phone              _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**
☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**    ☐ 1-49                  ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**                  ☐ 50-99                 ☐ 5001-10,000          ☐ 50,001-100,000
                               ☑ 100-199               ☐ 10,001-25,000        ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**    ☐ $0 - $50,000                 ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000           ☑ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000          ☑ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **Family Pharmacy, Inc.** | Case number (*if known*) | |
| | Name | | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April 30, 2018**
                 MM / DD / YYYY

**X** **/s/ Lynn Morris**                                      **Lynn Morris**
Signature of authorized representative of debtor                Printed name

Title      **President**

**18. Signature of attorney**

**X** **/s/ John J. Cruciani**                          Date   **April 30, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**John J. Cruciani 43073**
Printed name

**Husch Blackwell LLP**
Firm name

**4801 Main Street
Suite 1000
Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone   **816-983-8197**      Email address   **john.cruciani@huschblackwell.com**

**43073 MO**
Bar number and State

Debtor   **Family Pharmacy, Inc.** _____   Case number (*if known*) _____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI _____

Case number (*if known*) _____   Chapter **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Bankruptcy Court for the Western District of Missouri (the "Court").  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  Additional information about the relationship between each entity is contained in the *Declaration of James G.M. MacLaughlin in Support of Debtors' Emergency First Day Motions*, which has been filed contemporaneously herewith.

| Debtor | **Family Pharmacy of Missouri, LLC** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | |
| Debtor | **Family Pharmacy of Strafford, Inc.** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | |
| Debtor | **Family Property Management, LLC** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | |
| Debtor | **HealthTAC Logistics, LLC** | | | Relationship to you | |
| District | **USBC WDMO** | When | **4/30/18** | Case number, if known | |

## UNANIMOUS JOINT CONSENT OF THE
## SOLE SHAREHOLDER AND DIRECTORS
## OF
## FAMILY PHARMACY, INC.

April 30, 2018

The undersigned, being the sole shareholder ("Shareholder") and all of the directors on the Board of Directors (the "Board of Directors") of Family Pharmacy, Inc., a Missouri corporation (the "Company"), adopt the following resolutions in lieu of a meeting of the Shareholder and Board of Directors of the Company and hereby waive notice and the holding of each such meeting. This written consent may be executed in multiple counterparts and by electronically transmitted signature, and all such counterparts and signatures shall constitute this entire written consent. This consent shall have the same effect as the unanimous vote of the Shareholder and Board of Directors at a meeting duly held and called. The resolutions to which the undersigned consent are as follows:

WHEREAS, the Company is under common ownership with, and an affiliate of, Family Property Management, LLC; HealthTAC Logistics, LLC; Family Pharmacy of Missouri, LLC, and; Family Pharmacy of Strafford, Inc. (collectively with the Company, "Borrower" or "Borrowers"), who own and operate pharmacies and retail establishments and conduct other activities related thereto;

WHEREAS, The Borrowers have three primary secured creditors: Bank of Missouri, Cardinal Health and J M Smith Corporation ("Smith").

Bank of Missouri is the Borrowers' first priority secured creditor, asserting a blanket security interest on the personal property of the Company and Family Pharmacy of Missouri, LLC. Additionally, Bank of Missouri asserts real estate liens as a result of two separate Deeds of Trust on the corporate headquarters and the warehouse, which are owned by Family Property Management, LLC. Bank of Missouri also asserts real estate liens on the Bolivar, Joplin and Strafford locations. The Borrowers estimate that the total indebtedness owed to Bank of Missouri is approximately $11 million.

Cardinal Health is the Borrowers' second priority secured lender, asserting blanket security interests in the personal property of the Company, Family Pharmacy of Missouri, LLC and Family Pharmacy of Strafford, Inc. To the best of the Borrowers' knowledge and belief, Cardinal Health does not have any liens in any real estate owned by any of the Borrowers. The Borrowers estimate that the total indebtedness owed to Cardinal Health is approximately $1 million.

Smith is the Borrowers' third priority secured lender, asserting security interests in the accounts receivable, inventory, computer systems and equipment, furniture, appliances and other office equipment and supplies of personal property of the Company, Family Pharmacy of Missouri, LLC and Family Pharmacy of Strafford, Inc.   To the best of the Borrowers' knowledge and belief, Smith does not have any liens in any real estate owned by any of the Borrowers.   The Borrowers estimate that the total indebtedness owed to Smith is approximately $18 million.

In addition, UMB Bank asserts real estate liens as a result of a deed of trust encumbering Fair View.  The Borrowers estimate that the total indebtedness owed to UMB Bank is approximately $150,000. Also, Michael and Carolyn Langston ("Langston") have a security interest in 20,000 shares of common stock issued by Family Pharmacy of Strafford, Inc. securing indebtedness owed by the Company to Langston in the approximate amount of $215,000. There are also other miscellaneous capital leases, financing agreements and similar agreements that the Borrowers and their counsel are in the process of reviewing and analyzing.

WHEREAS, the Board of Directors has determined it is in the best interests of the Shareholder and the Company to file a voluntary petition for relief under Chapter 11 of the United States Code, Title 11 ("Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Missouri (Borrower and Company's actions and filings related to its filing the petition for bankruptcy and related relief, the "Restructuring");

WHEREAS, the Borrower intends to continue in the possession of its assets and in the management of its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code;

WHEREAS, Smith ("DIP Lender") has agreed to provide to Borrowers a revolving credit facility (the "DIP Facility") in an aggregate principal amount of $2,000,000 to finance the ordinary cost of Borrowers' operations, pursuant to a Senior Secured Debtor-In-Possession Loan Agreement dated as of or about the date hereof, by and among the Borrowers and DIP Lender (the "DIP Loan Agreement") and Borrowers desire to obtain such DIP Facility and has agreed to provide the DIP Lender with liens on certain collateral described in the DIP Loan Agreement; and

WHEREAS, the Board has provided all requisite notice to the Shareholder of the actions and decisions contemplated herein for the Shareholder's consideration, as required by the relevant provisions of the General and Business Corporation Law of Missouri and the Company's governing documents to, among other actions, incur debt, borrow money, or substantially modify any debt or liability of the Company.

### Approval of DIP Loan Agreement

NOW, THEREFORE, BE IT RESOLVED, that the Company, on behalf of itself and as an affiliate of Borrower, be and hereby is authorized to enter into, deliver and perform the DIP Loan Agreement and any such other documents and instruments which may be necessary or appropriate for the consummation or obtaining of the DIP Facility, DIP Loan Agreement, or the Restructuring (collectively, with the DIP Loan Agreement, the "Restructuring Documents"), upon such terms that are acceptable to Lynn A. Morris, as the President and authorized signatory on behalf of the Company, which are necessary or appropriate to obtain and secure the DIP Facility on behalf of the Company;

FURTHER RESOLVED, that Lynn A. Morris be and hereby is authorized and directed in the name and on behalf of the Company (and, if appropriate, acting on behalf of Borrower as its affiliate), to execute and deliver the Restructuring Documents and to take any other action as may be reasonably necessary, advisable or appropriate to effectuate the Restructuring, consummate the DIP Loan Agreement, obtain the DIP Facility, or otherwise to carry out fully the purpose and intent of the foregoing resolutions.

### Approval of Restructuring and Related Filings

FURTHER RESOLVED, that the Company, on behalf of itself and as an affiliate of Borrower, be and hereby is authorized to enter into the Restructuring, and is further authorized to enter into, deliver and perform all documents and filings necessary to effectuate the Restructuring and the filing of the Company's petition for voluntary relief under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, the Lynn A. Morris, as the President and authorized signatory, is authorized and directed to execute and deliver all documents necessary to perfect the filing of the Company's petition for voluntary relief under Chapter 11 of the Bankruptcy Code and subsequent documents related to such filing, case, and the Restructuring, on behalf of the Company; and

FURTHER RESOLVED, that Lynn A. Morris (or any other officer or employee of the Company as authorized by Lynn A. Morris) is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

### Approval of Husch Blackwell LLP as Bankruptcy Counsel

FURTHER RESOLVED, that the Company is authorized and directed to employ the law firm of Husch Blackwell LLP to represent the Company in such bankruptcy proceedings;

## **Approval of Prior Actions**

FURTHER RESOLVED, that any and all actions taken in connection with the foregoing resolutions prior to the adoption of such resolutions by the Board, Lynn A. Morris, or any other officer or agent of the Company are hereby ratified, affirmed and approved in all respects and for all purposes.

The signature of Lynn A. Morris on any of the documents, agreements, and instruments authorized under these resolutions will be conclusive proof of the determination by Lynn A. Morris, in his capacity as the authorized signatory for the Company, that such documents, agreements, and instruments are necessary or appropriate to carry out the purposes and intent of these resolutions.

*[Remainder of page intentionally left blank; signature page follows]*

IN WITNESS WHEREOF, the foregoing resolutions are signed by all the Directors and sole Shareholder of Family Pharmacy, Inc. to be effective as of the date first written above.

**DIRECTORS**:                                    **SOLE SHAREHOLDER**:

_____              _____
Lynn A. Morris                                    Lynn A. Morris

_____
Janet L. Morris

# United States Bankruptcy Court
## Western District of Missouri

In re    **Family Pharmacy, Inc.**             Case No. _____

                           Debtor(s)           Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Family Pharmacy, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__April 30, 2018__
Date

**/s/ John J. Cruciani**
**John J. Cruciani 43073**
Signature of Attorney or Litigant
Counsel for    **Family Pharmacy, Inc.**
**Husch Blackwell LLP**
**4801 Main Street**
**Suite 1000**
**Kansas City, MO 64112**
**816-983-8000 Fax:816-983-8080**
**john.cruciani@huschblackwell.com**

# United States Bankruptcy Court
## Western District of Missouri

In re   **Family Pharmacy, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Lynn Morris**<br>**4230 Greenbriar**<br>**Nixa, MO 65714** | **Common Stock** | **100%** | **Corporate Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **April 30, 2018**

Signature  **/s/ Lynn Morris**

**Lynn Morris, President**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name    **Family Pharmacy, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2018**     X **/s/ Lynn Morris**
                                                  Signature of individual signing on behalf of debtor

                                             **Lynn Morris**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Family Pharmacy, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Computer-Rx P. O. Box 8450 Oklahoma City, OK 73153-8450 | | Trade debt | | | | $2,751.64 |
| EML, Inc. P. O. Box 598 Cape Girardeau, MO 63702 | | Trade debt | | | | $4,015.00 |
| Enterprise Fleet Management P. O. Box 800089 Kansas City, MO 64180-0089 | | Vehicle Leases | | | | $10,280.90 |
| Everbank Commercial Financial P. O. Box 911608 Denver, CO 80291-1608 | | Equipment Lease | | | | $3,122.80 |
| Family Pharmacy Healthcare | | Inter-company debt | | | | $11,036.27 |
| Federal Protection 2500 N. Airport Commerce Dr. Springfield, MO 65803 | | Trade debt | | | | $30,815.77 |
| Guaranteed Returns 100 Colin Drive Holbrook, NY 11741 | | Trade debt | | | | $8,496.66 |
| Hanmi Bank P. O. Box 3892 Seattle, WA 98124-3892 | | Equipment Lease | | | | $9,538.70 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Family Pharmacy, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Med Management Technology 372 S. Eagle Rd., Suite 299 Eagle, ID 83616 | | Trade debt | | | | $4,326.30 |
| PBA Health Lockbox Account P. O. Box 34015 Kansas City, MO 64120 | | Trade debt | | | | $2,761.00 |
| Pearson Medical Technologies LLC 2804 North Bolton Avenue Alexandria, LA 71303 | | Trade debt | | | | $4,025.03 |
| Relay Health Attn:  A/R Dept. 450 Lindbergh Drive Coraopolis, PA 15108 | | Trade debt | | | | $2,965.76 |
| Roswill 1878 S. State Hwy. 125 Rogersville, MO 65742 | | Lease/rent expense | | | | $7,137.00 |
| Rx Systems, Inc. 121 Point West Blvd. Saint Charles, MO 63301-4409 | | Trade debt | | | | $5,860.93 |
| SoftWriters, Inc. P. O. Box 101466 Atlanta, GA 30392-1466 | | Trade debt | | | | $2,464.36 |
| Springfield's Best, Inc. 901 E. St. Louis Street Springfield, MO 65806 | | Membership dues | | | | $4,140.00 |
| Transaction Data Systems 788 Montgomery Avenue Ocoee, FL 34761 | | Trade debt | | | | $9,027.50 |
| Tri-Lakes Internet 517 S. Second Street Branson, MO 65616 | | Utility | | | | $5,156.27 |
| Triumph 630 Lone Hickory Ozark, MO 65721 | | Trade debt | | | | $4,600.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

| Debtor | **Family Pharmacy, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Windmill Health Products 6 Henderson Drive Caldwell, NJ 07006** | | **Trade debt** | | | | **$3,070.55** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Missouri

In re __Family Pharmacy, Inc._____     Case No. _____

                                    Debtor(s)         Chapter    __11_____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge.


Date:   __April 30, 2018_____        __/s/ Lynn Morris_____
                                               __Lynn Morris/President__
                                               Signer/Title

```
IRS Insolvency Unit
PO Box 66778
Stop 5334 STL
Saint Louis MO 63166


US Attorney
400 E. 9th Street
Room 5510
Kansas City MO 64106


Ally Bank
P. O. Box 9001951
Louisville KY 40290-1951


American Heritage Carpet, Tile and Hardw
1980 W. Union Chapel Road
Nixa MO 65714


AT&T
P. O. Box 5001
Carol Stream IL 60197-5001


Ava City Utilities
P. O. Box 967
Ava MO 65608


Banc of California, N.A.
P. O. Box 24986
Seattle WA 98124


Bank of Missouri
3807 South Campbell
Springfield MO 65807-5339


Bank of Missouri
Branch 4
1301 W. South Street
Ozark MO 65721-7483


Bank of Missouri, Branch 4
1301 W. South Street
Ozark MO 65721-7483
```

BarCharts Publishing, Inc.
6000 Park of Commerce Blvd., Suite D
Boca Raton FL 33487

Barney's Quick Lube
1020 E. 32nd
Joplin MO 64804

C. Arch Bay Co.
Commercial & Residential Property
453 S. Patton
Springfield MO 65806

Cardinal Health
7000 Cardinal Place
Dublin OH 43017

Cardinal Health 110, LLC
7000 Cardinal Place
Dublin OH 43017

Cardinal Health 112, LLC
7000 Cardinal Place
Dublin OH 43017

Central Bank
P. O. Box 8500
Jefferson City MO 65102

CenturyLink
P. O. Box 3400
Carol Stream IL 60197-4300

Change Healthcare Solutions
P. O. Box 572940
UT 84257-2490

Chesapeake Valley Water Co.
P. O. Box 10841
Springfield MO 65808

City of Joplin
602 S. Main Street
Joplin MO 64801

City of Ozark
205 N. 1st Street
Ozark MO 65721


City of Republic
213 N. Main
Republic MO 65738-1472


City of Sparta
P. O. Box 246
Sparta MO 65753


City of Willard
P. O. Box 187
Willard MO 65781


City Utilities of Springfield
P. O. Box 551
Springfield MO 65801-0551


Computer Rx
P. O. Box 8450
Oklahoma City OK 73153-8450


Computer-Rx
P. O. Box 8450
Oklahoma City OK 73153-8450


Concordance - MMS
2675 Solution Center
Chicago IL 60677-2006


Cox Health Systems Insurance Company
3200 South National, Building B
Springfield MO 65807


Culligan of Joplin
P. O. Box 2932
Wichita KS 67201-2932


EML, Inc.
P. O. Box 598
Cape Girardeau MO 63702

Empire District Electric
P. O. Box 219239
Kansas City MO 64121-9239


Enterprise Fleet Management
P. O. Box 800089
Kansas City MO 64180-0089


Everbank Commercial Finance, Inc.
10 Waterview Blvd., 2nd Floor
Parsippany NJ 07054


Everbank Commercial Financial
P. O. Box 911608
Denver CO 80291-1608


Everbank Commercial Financial
c/o Group Financial Services
261 Fifth Avenue, Suite 915
New York NY 10016


Family Pharmacy Healthcare


Federal Protection
2500 N. Airport Commerce Dr.
Springfield MO 65803


FedEx
P. O. Box 94515
Palatine IL 60094-4515


FFF Enterprises, Inc.
P. O. Box 840150
Los Angeles CA 90084-0150


First Bankshares, Inc.
142 E. First Street
Mountain Grove MO 65711


Ford Credit
P. O. Box 650575
Dallas TX 75265-0575

Giftcraft, Inc.
P. O. Box 1270
Grand Island NY 14072-8270


GlaxoSmithKline
5 Crescent Drive
Mailstop NY0200
Philadelphia PA 19112


Go Automotive
1700 S. 16th Avenue
Ozark MO 65721


Gold Metal Gym


Granite Telecommunications
Client ID #311
P. O. Box 983119
Boston MA 02298-3119


Group Financial Services
P. O. Box 790448
Saint Louis MO 63179-0448


Guaranteed Returns
100 Colin Drive
Holbrook NY 11741


Hanmi Bank
P. O. Box 3892
Seattle WA 98124-3892


Healthcare Logistics
P. O. Box 400
Circleville OH 43113-0400


Henrys Towing Services LLC
2806 S. Farm Road 115
Brookline MO 65619


Jim Blount's Service Center
P. O. Box 349
Rogersville MO 65742

Johnstone Supply #19
501 N. Belcrest
Springfield MO 65802


Keepper Investments
P. O. Box 113
Republic MO 65738-0113


Kenco Fire Equipment
1810 East St. Louis Street
Springfield MO 65802


KTXR-FM
3000 E. Chestnut Expressway
Springfield MO 65802


KWTO-AM
3000 E. Chestnut Expwy.
Springfield MO 65802


Lakewood Center LLC
c/o Sperry Van Ness / Rankin Company LLC
2808 S. Ingram Mill, A100
Springfield MO 65804


Lakewood Center, LLC
c/o Rankin Co.
2808 S. Ingram Mill Suite A-100
Springfield MO 65804


Langston, Michael N and Carolyn J.
7280 E. Farm Road 84
P. O. Box 5
Strafford MO 65757


Latika Body Essentials
8906 Wall Street, Suite 101
Austin TX 78754


Layer3 Technology, Inc.
2020 W. Vista, Suite 108
Springfield MO 65807

Leanin' Tree, LLC
P. O. Box 9500
Boulder CO 80301


Lease Corporation of America
3150 Livernois, Suite 300
Troy MI 48083


Least of These Inc.
P. O. Box 808
Nixa MO 65714


Letco Medical
1821 Reliable Parkway
Chicago IL 60686


Liberty Mutual Insurance
P. O. Box 8500
Dover NH 03821-8500


Loyd's Electric Supply
209 S. Ingram Mill Rd.
Springfield MO 65802


Mason Vitamins, Inc.
15750 NW 59 Avenue
Hialeah FL 33014


MCR Rentals, LLC
P. O. Box 288
Ava MO 65704


Med Management Technology
372 S. Eagle Rd., Suite 299
Eagle ID 83616


Mediacom
P. O. Box 5744
Carol Stream IL 60197-5744


Medical Specialties Distributors LLC
P. O. Box 206639
Dallas TX 75320-6639

MedImpact Healthcare Systems
P. O. Box 511334
Los Angeles CA 90051-7889


Medisca Inc.
P. O. Box 2592
Plattsburgh NY 12901


Michael and Carolyn Langston
7280 E. Farm Road 84
Strafford MO 65757


Mid-West Family Broadcasting
2453 E. Elm Street
Springfield MO 65802


Missouri Dept. of Agriculture
P. O. Box 630
Jefferson City MO 65102


Missouri Neon Company
3160 W. Kearney
Springfield MO 65803


Missouri Pharmacy Association
211 East Capital Avenue
Nixa MO 65714-8131


Nissan Motor Acceptance Corporation
P. O. Box 742658
Cincinnati OH 45274-2658


Nissan Motor Acceptance Corporation
P. O. Box 724658
Cincinnati OH 45274-2658


Ozark Tire & Auto Center
1204 S. 3rd Street
Ozark MO 65721


Ozark Water Systems
P. O. Box 295
Ozark MO 65721

Ozarks Coco-Cola/Dr. Pepper
P. O. Box 11250
Springfield MO 65808


Paycor
4811 Montgomery Road
Cincinnati OH 45212


PBA Health
Lockbox Account
P. O. Box 34015
Kansas City MO 64120


PC Solutions
410 E. South Street
Ozark MO 65721


Pearson Medical Technologies LLC
2804 North Bolton Avenue
Alexandria LA 71303


Pharmacy Providers of Oklahoma
P. O. Box 16430
Oklahoma City OK 73113


Phillips Media Group
P. O. Box 330
Bolivar MO 65613


Pioneer Valley
103 North 1330 West
Ozark MO 65721


Piping Rock Health Products
3900 Veterans Memorial Highway
Bohemia NY 11716


Pitney Bowes Global Financial
P. O. Box 856460
Louisville KY 40285-6460


Pitney Bowes Purchase Power
P. O. Box 371874
Pittsburgh PA 15250-7874

PJC Insurance Agency
P. O. Box 9750
Springfield MO 65801


Protective Life Insurance Co.
P. O. Box 2224
Birmingham AL 35246-0030


PV, LLC d/b/a Prairie View Shopping Ctr.
1420 S. Enterprise Ave., Suite J
Springfield MO 65804


Relay Health
Attn: A/R Dept.
450 Lindbergh Drive
Coraopolis PA 15108


Republic Glass
665 E. Harrison
Republic MO 65738-1263


Republic Services
P. O. Box 9001099
Louisville KY 40290-1099


Rick's Automotive
2121 S. Campbell
Springfield MO 65807


Roswill
1878 S. State Hwy. 125
Rogersville MO 65742


John Rulon
204 Breckenridge Road
Branson MO 65616


Rx Systems, Inc.
121 Point West Blvd.
Saint Charles MO 63301-4409


RxCare Assurance
P. O. Box 30203
Omaha NE 68103-1303

Sam's Club
P. O. Box 530981
Atlanta GA 30353-0981


Shred-It Springfield
P. O. Box 101007
Pasadena CA 91189-1007


Smith Drug Company, a Division of
J M Smith Corporation
Attn: Office of Corporate Counsel
101 W. St. John Street, Suite 305
Spartanburg SC 29306


SoftWriters, Inc.
P. O. Box 101466
Atlanta GA 30392-1466


Soren Signs, LLC
20 Hillside Drive
Nixa MO 65714


Spectrum
P. O. Box 740894
Los Angeles CA 90074-0894


Spenser Capital Group, Inc.
c/o Group Financial Services
P. O. Box 7966
Hilton Head Island SC 29938


Spire
Drawer 2
Saint Louis MO 63171-0002


Springfield's Best, Inc.
901 E. St. Louis Street
Springfield MO 65806


Standard Insurance Company
P. O. Box 82588
Lincoln NE 68501-2588

Stericycle, Inc.
P. O. Box 6575
Carol Stream IL 60197-6575


SuddenLink
P. O. Box 660365
Dallas TX 75266-0365


Summer Fresh Supermarkets, Inc.
of Marshfield
759 W. Washington
Marshfield MO 65706


Summit Natural Gas
P. O. Box 270868
Littleton CO 80127


Swan Creek Candle Co.
P. O. Box 239
Swanton OH 43558


TCF Equipment Finance
1111 West San Marnan Dr., Suite A2 West
Waterloo IA 50701-8926


Touchtone Communications
P. O. Box 27772
Newark NJ 07101-7772


Transaction Data Systems
788 Montgomery Avenue
Ocoee FL 34761


Tri-Lakes Internet
517 S. Second Street
Branson MO 65616


Triumph
630 Lone Hickory
Ozark MO 65721


U.S. Bank Equipment Finance
1310 Madrid Street
Marshall MN 56258

Ulink, LLC
P. O. Box 499
Sparta MO 65753


UPS
Lock Box 577
Carol Stream IL 60132-0577


Verizon Wireless
P. O. Box 25505
Lehigh Valley PA 18002-5505


VorroHealth
P. O. Box 1185
Farmington UT 84025


WCA Waste Corporation
P. O. Box 553166
Detroit MI 48255-3166


Windmill Health Products
6 Henderson Drive
Caldwell NJ 07006