IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No. 18-60521 |
| | ) | (Joint Administration Pending) |
| FAMILY PHARMACY, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 18-60523 |
| | ) | (Joint Administration Pending) |
| FAMILY PHARMACY OF MISSOURI, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 18-60526 |
| | ) | (Joint Administration Pending) |
| HEALTHTAC LOGISTICS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 18-60525 |
| | ) | (Joint Administration Pending) |
| FAMILY PROPERTY MANAGEMENT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | | |
| In re: | ) | Case No. 18-60524 |
| | ) | (Joint Administration Pending) |
| FAMILY PHARMACY OF STRAFFORD, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## AGENDA
## May 1, 2018, 2:00 p.m. Hearing

The Debtors submit the following proposed agenda for the first day hearings in the above-referenced matters, which are scheduled for May 1, 2018 at 2:00 p.m.

1. Debtors' Emergency Motion for Expedited Order Directing Joint Administration of Affiliated Cases (Docket No. 8)

2. Emergency Motion for (I) Authorization for Debtors to Obtain Post-Petition Financing from JM Smith Corporation, as Lender, Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Super-Priority Claims, (III) For an Expedited Order Pursuant to §§ 361 And 363

of the Bankruptcy Code and Bankruptcy Rule 4001(B) Authorizing Debtor to Use Cash Collateral and Grant of Adequate Protection and (IV) Scheduling the Final Hearing on the Debtors' Motion and Approving the Form and Method of Notice Thereof (Docket No. 14)

3. Emergency Motion for Expedited Order Authorizing Payment of Pre-Petition Employee Claims and Continuation of Employee Benefit Plans (Docket No. 11)

4. Emergency Motion for Expedited Order Authorizing Maintenance of Cash Management System and Continued Use of Certain Existing Bank Accounts, Deposit Practices and Certain Business Forms (Docket No. 12)

5. Emergency Motion for Determination that Section 333 Is Not Applicable in this Case or, in the Alternative, Appointment of a Patient Care Ombudsman is Not Necessary (Docket No. 15)

6. Debtor's Emergency Motion for Entry of an Order Authorizing Additional Time to File Schedules and Statements of Financial Affairs (Docket No. 16 )

7. Debtors' Emergency Motion for Order Determining Adequate Assurance of Payment for Post-Petition Utility Services (Docket No. 13)

8. Emergency Motion for Expedited Order Authorizing Assumption of the Interim Management and Financial Advisory Services Agreement of Lloyd & MacLaughlin, LLC (Docket No. 17)

Dated: May 1, 2018

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ John J. Cruciani*

| John J. Cruciani | #43073 |
| Michael D. Fielding | #53124 |
| Christopher C. Miles | #63654 |

4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
john.cruciani@huschblackwell.com
michael.fielding@huschblackwell.com
christopher.miles@huschblackwell.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2018, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

__X__ upon filing, the CM/ECF system sent notification to Debtor's counsel and all parties participating in the CM/ECF system in this matter.

*/s/ John J. Cruciani*
Attorney

KCP-8362822-1 17584/2