MOW 2015-2 (11/13)

Case Name: <u>Family Pharmacy, Inc</u>    Case No: <u>18-60521</u>

**Monthly Operating Report Summary for Month of: <u>July 2018</u>**

### REVENUE
1. Gross Income ............................................................................. $ <u>2,324,207</u>

**Cost of Goods Sold**
2. Materials ............................................................. $ <u>1,755,148</u>
3. Direct Labor ....................................................... $ _____
4. Overhead ........................................................... $ _____
5. **Total Cost of Goods Sold (add lines 2 through 4)** ............................. - $ <u>1,755,148</u>
6. **Gross Profit (subtract line 5 from line 1)** .......................................... $ <u>569,059</u>

### OPERATING EXPENSES
7. Owner/Officer - Draws/Salaries .................................................. $ <u>8,646</u>
8. Other Employee Salaries ............................................................. $ <u>334,717</u>
9. Advertising and Marketing ......................................................... $ <u>422</u>
10. Insurance ...................................................................................... $ <u>34,467</u>
11. Payroll Taxes ............................................................................... $ <u>25,499</u>
12. Lease and Rent ............................................................................ $ <u>23,908</u>
13. Telephone and Utilities ............................................................... $ <u>14,913</u>
14. Attorney and Other Professional Fees ....................................... $ _____
15. UST Quarterly Fees .................................................................... $ _____
16. Other Expenses ........................................................................... $ <u>127,624</u>
17. **Total Operating Expenses (add lines 7 through 16)** ................. -$ <u>570,196</u>
18. **Net Income (Loss) (subtract line 17 from line 6)** .................... $ <u>(1,137)</u>

### CURRENT ASSETS
19. Accounts Receivable at end of month .......................................... $ <u>2,099,330</u>
20. Increase (Decrease) in Accounts Receivable from prior month ... $ <u>43,830</u>
21. Inventory at end of month ............................................................ $ <u>2,359,526</u>
22. Increase (Decrease) in Inventory from prior month .................... $ <u>210,047</u>
23. Cash at end of month .................................................................... $ <u>212,425</u>
24. Increase (Decrease) in Cash from prior month ........................... $ <u>(25,948)</u>

### LIABILITIES
25. Increase (Decrease) in post-petition debt .................................... $ <u>90,229</u>
    Include the net amount of any changes to business debt incurred post-petition
26. Increase (Decrease) in pre-petition debt ..................................... $ <u>4,148</u>
    Include the net amount of any changes to business debt incurred pre-petition

**Taxes payable:**
27. Federal Payroll Taxes ................................... $ _____
28. State Payroll Taxes ....................................... $ _____
29. Local Payroll Taxes ...................................... $ _____
30. State Sales Taxes ........................................... $ <u>2,267</u>
31. Real Estate and Personal Property Taxes .... $ _____
32. Other (describe) ............................................ $ _____
33. **Total Taxes Payable (add lines 27 through 32)** ........................ $ <u>2,267</u>

Instructions: File as a separate document
ECF Event: Bankruptcy>Other>Monthly Operating Report Summary